UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.       Criminal No. 12-cr-0067-01-JL

<u>Bruce Goldsmith</u>

O R D E R

  The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted in part.  The continuance is limited to 60 days.  The court is at a loss to understand why discovery -- including the defendant's statements -- remains outstanding. Unexplained or unjustifiable discovery delays will not result in additional continuances, and may result in other forms of relief. Final Pretrial is rescheduled to September 25, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning October 2, 2012, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                _____
                Joseph N. Laplante
                Chief Judge

Date:  July 20, 2012

cc: Jeffrey S. Levin, AFD
   Helen W. Fitzgibbon, AUSA
   U.S. Marshal
   U.S. Probation